David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANCHORAGE SPORTSPLEX, INC., ) | Case No. A-10-00475 |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### APPLICATION OF DEBTOR TO EMPLOY COUNSEL
[David H. Bundy, P.C.]

The application of Anchorage Sportsplex, Inc. respectfully represents:

1. On June 5, 2010, Anchorage Sportsplex, Inc. (the "Debtor" or "ASI") filed a voluntary petition in this Court under Chapter 11 of the Bankruptcy Code.

2. The Debtor is currently operating as Debtor-in-Possession pursuant to 11 U.S.C. § 1107.

3. Debtor is an Alaska non-profit corporation; it has a board of directors but no equity owners or members. Debtor owns and operates an inflatable sportsdome in Anchorage, which has become a conspicuous feature on the local landscape as it is one the largest such structures in existence. "The Dome," as it is popularly called, is used by a wide variety of sports and community groups especially during the long Alaska winter season. The Dome measures 601 x 290 feet and contains a full size competition soccer

field surrounded by a running track. Additional information can be found at www.thealaskadome.com.

4. The Dome is occupies a portion of the property originally developed for the Alaska Seafood plant on Raspberry Road near Minnesota Boulevard. The plant itself was purchased by Grace Alaska d/b/a ChangePoint ("CP"), an affiliate of which, Anchorage Community Development ("ACD") owns the fee interest in the Dome property, and has leased it to ASI on a 50 year ground lease.

5. Development and construction of the Dome cost about $10.5 million. The 50 year leasehold cost $1.2 million up front. Reserves, prepaid interest and very substantial bond issuance costs brought the total project to $13.9 million, of which $11.5 million was raised by the issuance of tax-exempt bonds to a group of mostly institutional investors.

6. Although the Dome is busy most of the year, the revenue has been less than projected when the project was conceived, and it has never been able to generate the income needed to service all of its debt. ASI has been in default to the bondholders, and to some of its unsecured creditors as well, for well over a year. ACD claims that ASI is in default on its ground lease, (due to cross default language in the ground lease, as the lease itself is fully paid for in advance). ACD has announced that the lease will be terminated if these defaults are not cured by May 15, 2010.

7. ASI, CP/ACD and U S Bank, which is the trustee for the bondholders, have been in discussions for several months to try to agree on a non-bankruptcy workout that would enable the Dome to continue in operation and pay what it can to its creditors,

but these discussions have not generated a solution and ASI does not wish to risk a lease termination. ASI anticipates that settlement discussions will continue post-petition.

8. Recent appraisals of the Dome place the value significantly below the construction cost and the balance owed on the bonds. However, based on the Dome's current and anticipated income, ASI believes that it can propose a plan to pay the bondholders an amount at least equal to the current appraised value of the project, as well as something to its unsecured creditors. Reorganization is therefore a good possibility.

9. The Debtor desires to employ David H. Bundy, P.C. as bankruptcy counsel to work in the following areas:

   a. Preparation and amendment of schedules and other required filings, including reports required by the U. S. Trustee;

   b. advising and representing the Debtor with respect to the sale or refinancing of property of the estate;

   c. advising and representing the Debtor in the negotiation and preparation of a plan of reorganization and disclosure statement.

10. David H. Bundy is a duly licensed attorney at law and a member of the Bar of this Court, and is experienced in the type of matter for which Debtor wishes to engage him. His address is 310 K Street, Suite 200, Anchorage AK 99501. The employment of attorneys in this case is authorized by 11 U.S.C. § 327.

11. To the best of applicant's knowledge, information and belief, David H. Bundy does not hold or represent an interest adverse to the Debtor's bankruptcy estate as required by 11 U.S.C. § 327 and is a disinterested person in this bankruptcy proceeding as defined by 11 U.S.C. § 101(13) (A- E).

WHEREFORE, applicant requests the Court to enter an order authorizing it to employ David H. Bundy, P.C. as bankruptcy counsel, whose fees shall be paid pursuant to the U. S. Bankruptcy Code and the orders of this Court.

Dated this _____5_____ day of ~~May~~ June, 2010.

Anchorage Sportsplex, Inc.

/s/ Carl Ekstrom
Carl Ekstrom
President

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the ____5____ day of ~~May~~ June, 2010, the foregoing document was served by ECF and e-mail on

- U. S. Trustee
- Eric Schaffer, Esq.
- Kathy Black, Esq.

By___/s/ David H. Bundy_____
    David H. Bundy

Page 4:    Application to Employ Counsel