David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ANCHORAGE SPORTSPLEX, INC., | ) | Case No. A-10-00475 |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**MOTION TO USE CASH COLLATERAL**

Anchorage Sportsplex, Inc., Debtor and Debtor-in-Possession, moves for authority to use cash collateral to pay ordinary and necessary operating expenses, and in support thereof states as follows:

1. Debtor is an Alaska non-profit corporation; it has a board of directors but no equity owners or members. Debtor owns and operates an inflatable sportsdome in Anchorage, which has become a conspicuous feature on the local landscape as it is one the largest such structures in existence. "The Dome," as it is popularly called, is used by a wide variety of sports and community groups especially during the long Alaska winter season. The Dome measures 601 x 290 feet and contains a full size

Motion to Use Cash Collateral – Page 1

competition soccer field surrounded by a running track. Additional information can be found at www.thealaskadome.com.

2. The Dome is occupies a portion of the property originally developed for the Alaska Seafood plant on Raspberry Road near Minnesota Boulevard. The plant itself was purchased by Grace Alaska d/b/a ChangePoint ("CP"), an affiliate of which, Anchorage Community Development ("ACD") owns the fee interest in the Dome property, and has leased it to ASI on a 50 year ground lease.

3. Development and construction of the Dome cost about $10.5 million. The 50 year leasehold cost $1.2 million up front. Reserves, prepaid interest and very substantial bond issuance costs brought the total project to $13.9 million, of which $11.5 million was raised by the issuance of tax-exempt bonds to a group of mostly institutional investors.

4. The Debtor has not been able to meet the required debt service payments on its bonds, and has filed this case in order to reorganize its debt structure so that it can continue operations.

5. U. S. Bank is the trustee for the bondholders. Under the loan agreement and trust indenture the trustee has a security interest in the Debtor's cash, accounts, intangibles and proceeds. The Debtor requires use of this cash collateral to pay its operating expenses post-petition. It has provided the Trustee with a budget and the Trustee and the Debtor have agreed in principle on a cash collateral order that would enable the Debtor to continue operations. The Debtor intends to lodge the order before

the anticipated cash collateral hearing on June 7, and requests approval of the order on an interim basis, pending notice of a final hearing.

DATED this 5th day of June, 2010.

DAVID H. BUNDY, P.C.
Attorney for Debtor

By: ___/s/ David H. Bundy___
David H. Bundy

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 5th day of June, 2010, the foregoing document was served by ECF and e-mail on

- U. S. Trustee
- John Siemers, Esq.
- Eric Schaffer, Esq.
- Kathy Black, Esq.

By___/s/ David H. Bundy_____
David H. Bundy