Kathryn A. Black, ABA #8006008
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Anchorage Community Development, LLC;
    GraceAlaska, Inc.; and Grace Community Church, Inc.,
    d/b/a ChangePoint

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-00475-DMD |
| ANCHORAGE SPORTSPLEX, INC., | ) Chapter 11 |
| | ) |
| Plaintiff. | ) |
| | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

BIRCH HORTON BITTNER & CHEROT, attorneys for creditors: Anchorage Community Development, LLC; GraceAlaska, Inc.; and Grace Community Church, Inc., d/b/a ChangePoint; hereby enters its appearance and requests notice of all matters in this proceeding, and that copies of notices, pleadings, and other documents, be served upon Kathryn A. Black and Stanley T. Lewis, Birch Horton Bittner & Cherot, 1127 West 7th Avenue, Anchorage, Alaska 99501.

DATED this 7th day of June, 2010.

                BIRCH HORTON BITTNER & CHEROT
                Attorneys for Anchorage Community
                Development, LLC; GraceAlaska, Inc.; and
                Grace Community Church, Inc., d/b/a
                ChangePoint

                By: /s/ Kathryn A. Black
                      Kathryn A. Black, ABA #8006008

IN RE ANCHORAGE SPORTSPLEX, INC.                   CASE NO. 10-00475-DMD
ENTRY OF APPEARANCE AND REQUEST FOR NOTICE       PAGE 1 OF 2
F:\506115\15\00128237.DOC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of June, 2010, a true and correct copy of the foregoing was served on the following in the manner indicated:

**ELECTRONIC NOTICE:**
David H. Bundy, Esq.
U.S. Trustee
Eric Schaffer, Esq.
John C. Siemers, Esq.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Kathryn A. Black
      Kathryn A. Black

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN RE ANCHORAGE SPORTSPLEX, INC.    CASE NO. 10-00475-DMD
ENTRY OF APPEARANCE AND REQUEST FOR NOTICE    PAGE 2 OF 2
F:\506115\15\00128237.DOC