David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ANCHORAGE SPORTSPLEX, INC., | ) | Case No. A-10-00475 |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF CORRECTIONS TO MOTION TO USE CASH COLLATERAL AND TO APPLICATION TO RETAIN COUNSEL

Anchorage Sportsplex, Inc., Debtor and Debtor-in-Possession, gives notice of the following factual corrections to its Motion to Use Cash Collateral and to its Application to Retain Counsel.

1. Paragraph 4 of the Application to Employ Counsel and Paragraph 2 of the Cash Collateral Motion should each read:

> The Dome is occupies a portion of the property originally developed for the Alaska Seafood plant on Raspberry Road near Minnesota Boulevard. The property and the plan were purchased by Anchorage Community Development, LLC ("ACD"), an Alaska limited liability company, the primary owner of which is Grace Alaska Inc., an Alaska non-profit

Corrections to Motion to Use Cash Collateral – Page 1

corporation. ACD leased the property to ASI pursuant to a 50 year prepaid ground lease.

2. Paragraph 6 of the Application to Employ Counsel states that "ACD has announced that the lease will be terminated if these defaults are not cured by May 15, 2010." However the Application failed to note that the cure deadline was subsequently extended to May 31 and then to June 6, 2010.

DATED this 7th day of June, 2010.

DAVID H. BUNDY, P.C.
Attorney for Debtor

By: ___/s/ David H. Bundy___
David H. Bundy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of June, 2010, the foregoing document was served by ECF and e-mail on

- U. S. Trustee
- John Siemers, Esq.
- Eric Schaffer, Esq.
- Kathy Black, Esq.

By___/s/ David H. Bundy_____
David H. Bundy