PROCEEDING MEMORANDUM

<span style="color:red; border: 2px solid red;">**Filed On 6/7/10**</span>

Monday  Anchorage, Alaska
June 7, 2010

| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 2:00 p.m. | Case No. A10-00475-DMD, **In re ANCHORAGE SPORTSPLEX, INC., Debtor.** Ch. 11. |
| | Hearing on Debtor's Motion for Interim Use of Cash Collateral. David Bundy for the Debtor; Eric Schaffer at **(412) 288-4202** for U. S. Bank; Kay Hill for the U.S. Trustee's Office. |

**Adjourned to: Thursday, July 8, 2010 at 11:00 a.m. for: FINAL HEARING ON CASH COLLATERAL and SCHEDULING CONFERENCE**

**APPEARANCES:**
**Eric Schaffer, for U.S. Bank (telephonic)**
**Kay Hill, for the U.S. Trustee**
**Kathryn Black, for Grace Community Church, ChangePoint, GraceAlaska,**
    **and Anchorage Community Development**
**John Siemers, for the trustee**
**David Bundy, for the debtor**
**Carl Ekstrom, president of the debtor is present**
**Alice Frederenko, general manager of the debtor is present**

Time on record  2:00:01   -   Time off Record  2:10:35

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

  **X**   **A lodged order has been submitted by David Bundy.**

   **Interim order will be approved with one addition to subparagraph I indicating that entities Ms. Black represents dispute the nature of the guarantees.**

   **Final hearing on cash collateral will be held on Thursday, July 8, 2010 at 11:00 a.m.  Objections are due by July 6th.**

   **A scheduling conference will be held on Thursday, July 8, 2010 at 11:00 a.m.**

                    /s/ Donald MacDonald IV
                    BANKRUPTCY JUDGE

peggy
calendar