Kathryn A. Black, ABA #8006008
Stanley T. Lewis, ABA #8011095
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Anchorage Community Development, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re | ) |
| | ) |
| ANCHORAGE SPORTSPLEX, INC., | ) Case No. 10-00475-DMD |
| | ) Chapter 11 |
| Debtor. | ) |
| _____ | ) |

**NOTICE OF MOTION TO COMPEL**
**PAYMENT OF REAL PROPERTY TAXES**

**YOUR RIGHTS MAY BE AFFECTED.** *You should read these papers and the motion carefully and discuss them with your attorney, if you have one in this bankruptcy. If you do not have an attorney, you may wish to consult one.*

**NOTICE IS HEREBY GIVEN THAT** the Anchorage Community Development, LLC ("Lessor"), has filed a motion with the court for an order to compel Anchorage Sportsplex, Inc. ("Debtor"), to pay real property taxes due to Lessor as required by section 365(d)(3) of the Bankruptcy Code.

**THE MOTION IS BASED UPON THE FOLLOWING**: Section 365(d)(3) of the Code requires that the Debtor timely perform all of its obligations under any nonresidential real property lease in the post-petition, pre-rejection period. A nonresidential real property lease between Lessor and the Debtor requires the Debtor to pay property taxes, some of which are past due and some of which come due August 15, 2010. The Debtor has failed to pay or make arrangements for paying such obligations.

**FURTHER TAKE NOTICE THAT** if you object to the entry of the above-described order, you must object in writing on or before July 7, 2010. Your objection must be filed in the Office of the Clerk of the above-entitled court at 605 West 4th Avenue, Suite 138, Anchorage, Alaska and a copy served on the undersigned on or before such date. The motion may be inspected at the Office of the Clerk of the Bankruptcy Court at the Old Federal Building, 605 West 4th Avenue, Suite 138, Anchorage, Alaska, or at the office of the undersigned.

*Should you fail to object, or having objected fail to timely request a hearing, please be advised that the court may enter the above described order without further notice to you.*

DATED this 17th day of June, 2010.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Anchorage Community
Development, LLC

By: /s/ Kathryn A. Black
        Kathryn A. Black, ABA #8006008
        Stanley T. Lewis, ABA #8011095

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 17th day of June, 2010, a true and correct copy of the foregoing was served on the following in the manner indicated:

**ELECTRONIC NOTICE**:
David H. Bundy, Esq.
U.S. Trustee
Eric Schaffer, Esq.
John C. Siemers, Esq.

**FIRST CLASS MAIL**:
All parties listed on attached matrix

BIRCH HORTON BITTNER & CHEROT

By: /s/ Kathryn A. Black
        Kathryn A. Black

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680