Kathryn A. Black, ABA #8006008
Stanley T. Lewis, ABA #8011095
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Anchorage Community Development, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re ) <br> ) <br> ANCHORAGE SPORTSPLEX, INC., ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) | Case No. 10-00475-DMD <br> Chapter 11 |

**MOTION TO COMPEL PAYMENT OF REAL PROPERTY TAXES**
**AND FOR ADEQUATE PROTECTION**

Anchorage Community Development, LLC ("Lessor"), by and through its attorneys, moves this Court for an order compelling Anchorage Sportsplex, Inc. ("Debtor"), to pay real property taxes due pursuant to the Lease of the property on which the Debtor's business is located, as required by § 365(d)(3) of the Bankruptcy Code. The Lease requires the Debtor to pay all taxes and assessments directly to the public authorities "promptly as the same become due and payable." One-half of such taxes were due on June 15, 2010, and have not been paid.

A memorandum in support of this motion is filed herewith.

DATED this 17th day of June, 2010.

    BIRCH HORTON BITTNER & CHEROT
Attorneys for Anchorage Community Development, LLC

By: /s/ Kathryn A. Black
    Kathryn A. Black, ABA #8006008
    Stanley T. Lewis, ABA #8011095

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of June, 2010, a true and correct copy of the foregoing was served on the following in the manner indicated:

**ELECTRONIC NOTICE:**
David H. Bundy, Esq.
U.S. Trustee
Eric Schaffer, Esq.
John C. Siemers, Esq.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Kathryn A. Black
    Kathryn A. Black

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN RE ANCHORAGE SPORTSPLEX, INC.    CASE NO. 10-00475-DMD
MOTION TO COMPEL PAYMENT OF PROPERTY TAXES    PAGE 2 OF 2
F:\506115\15\00130070.DOC