G. Peter Hallgrimson
Municipal Attorney's Office
Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

In Re:                                          )
                                                )
Anchorage Sportsplex, Inc.,                     )
                                                )
                    Debtor(s).                  )          Case No.  A10-00475-DMD
                                                )
_____             )

## MUNICIPALITY OF ANCHORAGE'S CONDITIONAL NON-OPPOSITION TO DEBTOR'S SECOND MOTION FOR USE OF CASH COLLATERAL

COMES NOW the Municipality of Anchorage, by and through the Department of Law and hereby files its Conditional Non-Opposition to the Second Motion to Use Cash Collateral by Debtor, Anchorage Sportsplex, Inc.

The Municipality has a prior and paramount lien on all prepetition and postpetition real property taxes and assessments pursuant to AS 29.45.300(b) and AMC 12.10.100A.

The Municipality of Anchorage does not oppose the Second Motion to Use Cash Collateral so long as any Bankruptcy Court Order granting such use or any Cash Collateral Agreement with US Bank shall specifically state that any such adequate protection liens and/or replacement security interests (including any proposed superpriority claims or liens) shall not prime the Municipality's prior and paramount tax liens, including future post-petition tax liens.

DATED this 2nd day of July, 2010.

By:  /s/ G. Peter Hallgrimson
　　　 G. Peter Hallgrimson
　　　 Assistant Municipal Attorney
　　　 Municipal Attorney's Office

The undersigned hereby certifies that on 07/02/10 a true and
correct copy of the *Municipality of Anchorage's Conditional
Non-Opposition to Debtor's Second Motion for Use of Cash
Collateral* was served on: Matrix (dated 07/02/10) by first class
regular mail, if noted above, or by electronic means through the
ECF system as indicated on the Notice of Electronic Filing.

 /s/ Jennifer Richardson
Jennifer Richardson, Legal Secretary
Municipal Attorney's Office