Kathryn A. Black, ABA #8006008
Stanley T. Lewis, ABA #8011095
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Anchorage Community Development, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re ) <br> ) <br> ANCHORAGE SPORTSPLEX, INC., ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) | Case No. 10-00475-DMD <br> Chapter 11 |

**OBJECTION TO SECOND MOTION TO
USE CASH COLLATERAL**

Anchorage Community Development, LLC ("Lessor"), by and through its attorneys, objects to the use of cash collateral proposed by Anchorage Sportsplex, Inc. ("Debtor" or "ASI"), in its Second Motion to Use Cash Collateral ("Motion"). In the Motion, the Debtor requests the Court's approval to use cash collateral in accordance with ASI's Operating Budget attached to the Motion and requests that the Court approve a cash collateral agreement ("Agreement") with U.S. Bank, N.A. ("Indenture Trustee"). The Debtor, however, has failed to budget any amount for its statutory real property tax obligations arising under its non-residential lease with Lessor. Lessor objects to the Debtor's proposed use of cash collateral and proposed Agreement with the Indenture Trustee to the extent that the Debtor has not provided for payment of such obligations. The Lessor requests that the Court deny the Debtor's proposed use of cash collateral to the extent that it fails to provide for payment in full of the Debtor's real property tax obligations that become due on June 15, 2010, and

August 15, 2010. The Lessor further requests that the Court approve the Debtor's use of cash collateral, proposed Operating Budget, and Agreement with the Indenture Trustee, only if they provide for payment in full of the Debtor's real property tax obligations that become due on June 15, 2010, and August 15, 2010.

## **Argument**

On August 1, 2006, the Debtor entered into a non-residential Land Lease ("Lease") with Lessor.[1] A copy of the Lease was filed with the Lessor's Motion to Compel Payment of Real Property Taxes. Since the Petition Date, the Debtor has continued as a lessee in possession of the real property described in the Lease. The Debtor has not yet assumed or rejected this Lease. Under Section 365(d)(3) of the Bankruptcy Code and pertinent case law, the Debtor is obligated to pay real property taxes pursuant to Article IV, Section 4.1, of the Lease that become due post-petition and pre-rejection.[2]

By its Motion, the Debtor seeks use of cash collateral through August 31, 2010, in accordance with the Operating Budget attached to the Motion. The Debtor has included no amount in this budget, or in the proposed terms of the Agreement between the Debtor and the Indenture Trustee, for its real property tax obligations that are already past due and for its real property obligations that become due before August 31, 2010. The Lease obligates the Debtor to pay $102,419.46 to the

---

[1] *See* Lessor's Mem. in Support of Mot. to Compel Payment of Property Taxes Ex. A at 2 (filed June 17, 2010).

[2] 11 U.S.C. § 365(d)(3); *see, e.g.,* CenterPoint Props. v. Montgomery Ward Holding Corp. (*In re* Montgomery Ward Holding Corp.), 268 F.3d 205 (3d Cir. 2001). *Montgomery Ward* and additional cases supporting this proposition are discussed in Lessor's memorandum of law supporting its Motion to Compel Payment of Real Property Taxes. *See* Lessor's Mem. in Support of Mot. to Compel Payment of Property Taxes at 3-7 (filed June 17, 2010).

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

Municipality of Anchorage ("MOA") on June 15, 2010, and to pay the same amount on August 15, 2010.  The Lease thus obligates the Debtor to pay a total real property tax amount of $204,838.92.

On June 17, 2010, Lessor filed a motion in this case to compel the Debtor to pay real property taxes due pursuant to the Lease and submitted a memorandum of law in support of that motion.  Lessor supports this objection to the Debtor's second cash collateral motion with essentially the same grounds and authorities referenced in the memorandum of law supporting its motion to compel payment of real property taxes.[3]

## **Conclusion**

The Debtor's Motion fails to request approval of a budget and cash collateral agreement with the Indenture Trustee that fulfills the Debtor's statutory obligations under Section 365(d)(3) of the Bankruptcy Code.  The Lease and Section 365(d)(3) require the Debtor to pay property taxes for 2010 on June 15, 2010, and on August 15, 2010.  The June 15, 2010, obligation has not been timely performed and no provision has been made in the proposed Operating Budget or the Agreement with the Indenture Trustee for such payment, or for payment on August 15, 2010.  Accordingly, the Lessor requests that the Court deny the Debtor's Motion and proposed use of cash collateral, and proposed Agreement with the Indenture Trustee, unless revised to reflect payment in full of the Debtor's real property obligations under the Lease and under Section 365(d)(3) of the Bankruptcy Code,

---

[3] *See* Lessor's Mem. in Support of Mot. to Compel Payment of Property Taxes (filed June 17, 2010).

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

such payment to occur immediately, or, to occur no later than August 4, 2010, if the Court finds cause under Section 365(d)(3) to grant a 60-day extension.

DATED this 6th day of July, 2010.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Anchorage Community Development, LLC

By: /s/ Joseph H. Flack
Stanley T. Lewis, ABA #8011095
Joseph H. Flack, ABA #0811070

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2010, a true and correct copy of the foregoing was served on the following in the manner indicated:

**ELECTRONIC NOTICE:**
David H. Bundy, Esq.
U.S. Trustee
Eric Schaffer, Esq.
John C. Siemers, Esq.
G. Peter Hallgrimson, Esq.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Joseph H. Flack
Joseph H. Flack

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680