John C. Siemers, Esq. ABA # 7811135
BURR, PEASE & KURTZ, P.C.
810 N Street, Suite 300
Anchorage, AK 99501
Phone:  (907) 276-6100

- and -

Eric A. Schaffer, Esq.
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Phone:  (412) 288-3131
Facsimile:  (412) 288-3063

*Counsel to U.S. Bank National Association,
as Indenture Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN RE: | Chapter 11 |
| ANCHORAGE SPORTSPLEX, INC. | Case No. 10-00475-DMD |
| Debtor. | Re:  Docket No. 21 |

### NOTICE OF ERRATA

U.S. Bank National Association, Indenture Trustee, through counsel, hereby gives notice of the following corrections to its Opposition Brief filed July 7, 2010 (DE 43).  On page 8, in the Item 1 heading preceding paragraph 28, and the Item 2 heading preceding paragraph 33, change the words "The Debtor" to "ACD."  In Item 1 the corrected heading will read:  "ACD has not met its burden of establishing that any tax is owed."  Item 2 as corrected will read:  "ACD has not met its burden of showing that it has a lease."

DATED: July 8, 2010

BURR, PEASE & KURTZ
Attorneys for U.S. Bank National
Association, as Indenture Trustee


By:   /s/ John C. Siemers
     John C. Siemers
     Alaska Bar # 7811135

and

Eric A. Schaffer, Esq.
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Phone:  (412) 288-3131
Facsimile:  (412) 288-3063

*Counsel to U.S. Bank, National Association, as Indenture Trustee*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of July, 2010, a true and correct copy of the foregoing was served on the following:

David H. Bundy, Esq.
U.S. Trustee
Kathryn A. Black, Esq.
Stanley T. Lewis, Esq.

By first class mail, if an address is indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


BURR, PEASE & KURTZ, P.C.

By: */s/ John C. Siemers*
     John C. Siemers

Notice of Errata
In re Anchorage Sportsplex, Inc., No. 10-00475 (DMD)
Page 2 of 2     1433-4/ # 107480