PROCEEDING MEMORANDUM

**Filed On 7/8/10**

Thursday                                              Anchorage, Alaska
July 8, 2010

| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 11:00 a.m. | Case No. A10-00475-DMD, **In re ANCHORAGE SPORTSPLEX, INC., Debtor.** Ch 11. |
| | David Bundy for the Debtor; Kathryn Black for Anchorage Community Development, LLC, Grace Community, Inc. and Grace Alaska, Inc.; Kay Hill for the U.S. Trustee; Eric Schaffer for U.S. Bank as Indentured Trustee; John Siemers for the Indentured Trustee. |

**Adjourned to: Wednesday, July 14, 2010 at 1:00 p.m. for: SCHEDULING CONFERENCE FOR PART C**

**APPEARANCES:**
**Pamela Weiss, for the Municipality of Anchorage**
**Dee Ennis, for the Municipality of Anchorage**
**Eric A. Schaffer, for U.S. Bank as the Indentured Trustee**
**John Siemers, for U.S. Bank as the Indentured Trustee**
**David Bundy, for the Debtor**
**Alice Frederenko, CEO of the debtor is present**
**Stanley Lewis, for Anchorage Community Development, LLC,**
**Russ Minkemann, CPA is in attendance**
**Kay Hill, for the U.S. Trustee is present**

Time on record  11:00:32  -  Time off Record  11:38:53

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

_____  **Court will prepare order**

\_\_\_X\_\_\_  **A lodged order will be submitted by David Bundy.**

_____  **No order will be submitted**

A) Status and Scheduling Conference;

**Debtor to file a disclosure statement and plan by August 15, 2010.**

B) Final Hearing on Cash Collateral;

**Court heard arguments of the parties. Debtor will be permitted to use cash collateral pursuant to the motion until such time as the court makes a decision on the motion to compel payments.**

C) Hearing on Motion to Compel Payment of Property Taxes [DE #21].

**Scheduling conference will be held on Wednesday, July 14, 2010 at 1:00 p.m.**

                                          /s/ Donald MacDonald IV
                                            BANKRUPTCY JUDGE

peggy - served 7/8/10
calendar - served 7/8/10