# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

ANCHORAGE SPORTSPLEX, INC.,

Debtor.

Case No. A10-00475-DMD
Chapter 11

**Filed On 7/9/10**

## ORDER SETTING DEADLINE FOR THE FILING
## OF A PLAN AND DISCLOSURE STATEMENT

A status and scheduling conference was held in this case on July 8, 2010. David Bundy appeared on behalf of the debtor. Pamela Weiss and Dee Ennis appeared on behalf of the Municipality of Anchorage. Eric Schaffer and John Siemers appeared for U.S. Bank as the Indentured Trustee. Stanley Lewis appeared on behalf of the Anchorage Community Development, LLC. Kay Hill appeared on behalf of the United States Trustee's Office. After a review of the file and hearing the comments of counsel, IT IS ORDERED:

The debtor shall have until **August 16, 2010** to file its plan and disclosure statement.

DATED: July 9, 2010.

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:   D. Bundy, Esq.
P. Weiss, Esq.
D. Ennis, Esq.
E. Schaffer, Esq.
J. Siemers, Esq.
S. Lewis, Esq.
K. Hill, Esq.

07/09/10