# ASI OPERATING BUDGET JUNE - AUGUST 2010

| | June | July | | August |
|---|---|---|---|---|
| **Revenue** | | | | |
| Contracted Facility Lease Revenues | 2640.00 | 14600.00 | | 14,600.00 |
| Noncontracted Facility Rentals | 10260.00 | 9365.00 | | 21,865.00 |
| | | | | |
| *Total Facilities Lease Revenues* | **12900.00** | **23965.00** | | **36465.00** |
| | | | | |
| | | | | |
| Ad Revenue | | | | |
| Naming Rights | 12500.00 | 12500.00 | | 12,500.00 |
| Concessions (net) | 300.00 | 300.00 | | 300.00 |
| Interest Income | | | | |
| | | | | |
| Funds from replacement reserve | | 20100.00 | | |
| | | | | |
| *Total Revenues* | **25700.00** | **56865.00** | | **49265.00** |
| | | | | |
| **Operating Expenses** | | | | |
| *Office & Administrative* | | | | |
| Legal | 39418.65 | 12000.00 | | 12,000.00 |
| Bank Service Charges | | | | |
| Information Systems | 781.80 | 1300.00 | | 1,300.00 |
| Salaries & Compensation | 23100.00 | 23100.00 | | 23,100.00 |
| Benefits & Payroll Taxes | 4000.00 | 4000.00 | | 4,000.00 |
| Acounting Fee | 2000.00 | 5653.54 | | 2,000.00 |
| Meals & Entertainment | | | | |
| Marketing | | 1500.00 | | 2,500.00 |
| Miscellaneous | 2000.00 | 2000.00 | | 2,000.00 |
| Supplies | 300.00 | 300.00 | | 300.00 |
| Travel | | | | |
| Uniforms | | | | |
| **Total Office & Admin** | **71600.45** | **49853.54** | | **47,200.00** |
| | | | | |
| *Facilities (General)* | | | | |
| Phone/Cable | 250.00 | 2000.00 | | 500.00 |
| Equipment | 2200.00 | 510.00 | | 510.00 |
| Grounds | | | | |
| Insurance | 5414.21 | 5414.21 | | 5,414.21 |
| Taxes | | | | |

| | | | |
|---|---|---|---|
| Janitorial | 300.00 | 300.00 | 300.00 |
| Maintenance Services | 1911.00 | 1030.00 | 1,000.00 |
| Repairs & Replacements (from Reserve) | | **20100.00** | |
| Utilities | 23500.00 | 11880.00 | 11,880.00 |
| Total Facilities (General) | **33575.21** | **41234.21** | **19604.21** |
| | | | |
| **Total Operating Expenses** | **105175.66** | **91087.75** | **66804.21** |
| | | | |
| | | | |
| **Net Operating Income** | **-79475.66** | **-34222.75** | **-17539.21** |
| | | | |

**Repair & Replacement Reserve assumes monies will come from**
**Replace/Reserve Acct**     Roof repairs, winch repairs, revolving door repairs

Exhibit A to Cash Collateral Order