David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) <br> ) <br> ANCHORAGE SPORTSPLEX, INC., ) <br> ) <br> Debtor. ) <br> _____ ) | Case No. A-10-00475 <br> Chapter 11 |

**NOTICE OF FILING INCOME STATEMENT IN LIEU OF SCHEDULES I AND J**

Debtor Anchorage Sportsplex, Inc. files the attached statement of monthly revenue and expenses in lieu of Schedules I and J. The attachment is derived from the current budget for the period September 1, 2009 through August 31, 2010.

Dated this 12th day of July 2010.

                               DAVID H. BUNDY, P.C.
                               Attorney for Debtor

                               /s/ David H. Bundy
                               David H. Bundy
                               Alaska Bar 7210043

# ASI OPERATING BUDGET F/Y 2010

|  | Monthly Average |
|---|---:|
| **Revenue** | |
| Contracted Facility Lease Revenues | 81,538 |
| Noncontracted Facility Rentals | 36,577 |
| | - |
| *Total Facilities Lease Revenues* | 118,115 |
| | - |
| | - |
| Ad Revenue | 6,500 |
| Naming Rights | 12,500 |
| Concessions (net) | 1,733 |
| Interest Income | - |
| | - |
| *Total Revenues* | 138,848 |
| | - |
| **Operating Expenses** | - |
| *Office & Administrative* | - |
| Legal | 358 |
| Bank Service Charges | - |
| Information Systems | 1,300 |
| Salaries & Compensation | 26,258 |
| Benefits & Payroll Taxes | 5,250 |
| Acounting Fee | 833 |
| Meals & Entertainment | - |
| Marketing | 1,675 |
| Miscellaneous | 958 |
| Supplies | 167 |
| Travel | - |
| Uniforms | 200 |
| Total Office & Admin | 37,000 |
| | - |
| *Facilities (General)* | - |
| Phone/Cable | 250 |
| Equipment | 510 |
| Grounds | 3,679 |
| Insurance | 7,647 |
| Taxes | 17,667 |
| Janitorial | 442 |
| Maintenance Services | 1,000 |
| Repair & Replacement Reserve | 6,667 |
| Utilities | 25,717 |
| Total Facilities (General) | 63,577 |
| | - |
| **Total Operating Expenses** | 100,577 |
| | - |
| | - |
| **Net Operating Income** | 38,270 |